FILED: June 3, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4418
(1:11-cr-00521-JFM-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

KENNETH ROBINSON, a/k/a Bear

       Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:11-cr-00521-JFM-1 |
| Date notice of appeal filed in originating court: | 05/28/2013 |
| Appellant (s) | Kenneth Robinson |
| Appellate Case Number | 13-4418 |
| Case Manager | Richard H. Sewell<br>804-916-2702 |