UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 3, 2013

_____

FEE NOTICE FOR CRIMINAL AND
POST-JUDGMENT CRIMINAL CASES

_____

No. 13-4418,   US v. Kenneth Robinson
             1:11-cr-00521-JFM-1


**$455 FEE DUE TO DISTRICT COURT OR CJA 23 APPLICATION DUE TO COURT OF APPEALS: June 18, 2013**

TO: Kenneth Robinson

To pursue this appeal, appellant must pay the applicable filing fee **to the Clerk, U.S. District Court**. If appellant is financially unable to pay the fee, appellant may file a **CJA 23 Application to Proceed under CJA** **under seal** with the Court of Appeals. Appellant must either pay the fee to the district court or file the CJA 23 Application **under seal** with the Court of Appeals within 15 days of the date of this notice or this court will initiate the process set forth in Local Rule 45 to dismiss this appeal for failure to prosecute.

Richard H. Sewell, Deputy Clerk
804-916-2702